**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6824**

———————

JOHN EDWARD STONE,

Plaintiff - Appellant,

versus

JONATHAN E. OZMINT, Director of South Carolina
Department of Corrections,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-04-21860-0)

———————

Submitted: December 22, 2005        Decided:  December 30, 2005

———————

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Edward Stone, Appellant Pro Se.  Daniel Roy Settana, Jr., John
Eric Kaufmann, MCKAY, CAUTHEN, SETTANA & STUBLEY, P.A., Columbia,
South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Edward Stone appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Stone v. Ozmint</u>, No. CA-04-21860-0 (D.S.C. filed May 16, 2005 & entered May 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>